UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------

**LIGHTON INDUSTRIES, INC**  16-cv-3812

**Plaintiff**

v.

**ALLIED WORLD NATIONAL ASSURANCE COMPANY,**

**MT HAWLEY INSURANCE COMPANY**
**Defendants.**

-------------------------------------------------------------------------

RULE 26(f) MEETING REPORT

INITIAL CONFERENCE QUESTIONNAIRE

1. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal

Rules of Civil Procedure, if not yet made:December 2, 2016

2. If additional interrogatories beyond the 25 permitted under the federal rules are needed, the

maximum number of: plaintiff(s) and defendant(s) No additional interrogatories

3. Number of depositions by plaintiff(s) of: parties non-parties. Each party has agreed to 3 party and 2 non party depositions although it is anticipated that there will be overlap in those deposed.

4. Number of depositions by defendant(s) of: parties non-parties. See above answer to 3.

5. Date for completion of factual discovery:March 31, 2017.

6. Number of expert witnesses of plaintiff(s): medical non-medical.  N/A

Date for expert report(s):N/A

7. Number of expert witnesses of defendant(s): medical non-medical. N/A

Date for expert report(s): N/A

8. Date for completion of expert discovery: N/A

9. Time for amendment of the pleadings by plaintiff(s)

or by defendant(s)60 days from the execution of this report.

Case 1:16-cv-03812-KAM-SMG Document 15 Filed 11/28/16 Page 2 of 2 PageID #: 57

10. Number of proposed additional parties to be joined by plaintiff(s) and by

defendant(s) and time for completion of joinder. Plaintiff reserves the right to join one party within 60 days of the execution of this report.

11. Types of contemplated dispositive motions: plaintiff(s):

defendant(s):Defendants contemplate motions for summary judgment to be filed on or before May 31, 2017.

12. Dates for filing contemplated dispositive motions:

defendant(s):May 31, 2017.

13. Have counsel reached any agreements regarding electronic discovery? If so, please

describe at the initial conference. The parties do not anticipate the need as of this report but reserve their right to such electronic discovery.

14. Have counsel reached any agreements regarding disclosure of experts' work papers

(including drafts) and communications with experts? If so, please describe at the initial

conference. No, expert work is not anticipated in this litigation.

15. Will the parties *consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)?

(Answer no if any party declines to consent without indicating which party has declined.)

No

Gerard McCabe
Counsel for Plaintiff, Lighton Lndustries, Inc.
45 Rockefeller Plaza, Suite 2000
New York, New York 10111
212 757-6233

Alexandra E. Rigney, Esq.
Counsel for Defendant Allied
White Fleischner & Fino, LLP
303 Old Tarrytown Road
White Plains, New York 10603
914) 505-2910

Elsa Schmidt
Counsel for Defendant Mt. Hawley
Kenney Shelton Liptak Nowak LLP
The Calumet Building
233 Franklin Street
Buffalo, NY 14202
716.853.3801